Case 1:20-cr-00042-JRS-MG   Document 213   Filed 08/12/24   Page 1 of 1 PageID #: 969

AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| United States of America <br> v. <br> Jujuan Boyd | ) <br> ) <br> ) Case No: 1:20CR00042-003 <br> ) USM No: 17377-028 <br> ) |
| Date of Original Judgment: 05/25/2022 <br> Date of Previous Amended Judgment: <br> *(Use Date of Last Amended Judgment if Any)* | ) <br> ) Jacob Leon <br> ) *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __147 months__ months **is reduced to** __135 months*__ .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

\* 51 months on Count 1, and 84 months on Count 2, to be served consecutively, for a total of 135 months.

Except as otherwise provided, all provisions of the judgment dated __05/25/2022__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 8/12/2024

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Honorable James R. Sweeney II, U.S. District Court Judge
*Printed name and title*